IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PHILIP P. CAPONE, III,

    Petitioner,

v.

CHIP MEISNER and
STATE OF WISCONSIN,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-781-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying Philip P. Capone, III's petition for a writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/                                                      11/16/2017

Peter Oppeneer, Clerk of Court                      Date