DOC NO
REC'D/FILED
2018 MAR 26 AM 10: 43
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

PHILIP P. CAPONE, III,
    Petitioner,

Case No. 17-cv-781-jdp

v.

WILLIAM POLLARD,
    Respondents.

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN THAT** the Petitioner, Philip P Capone, III, timely appeals the order and judgment rendered November 16, 2017, denying his timely 28 U.S.C. §2254 Petition For Writ of Habeas Corpus, and the order rendered January 25, 2018, denying his timely Rule 52/59/60 Motion To Alter or Amend, by Judge James D. Peterson, to the United States Circuit Court of Appeals for the 7th Circuit in Chicago, Illinois.

    The nature of the orders are final.

    Appellate jurisdiction is invoked pursuant to 28 U.S.C. §1291.

    Dated this 4th day of February 2018 and delivered to prison officials for mailing to the Clerk of Court.

Respectfully submitted

*/s/ Philip P. Capone, III*
Philip P. Capone, III
DC#623666
c/o Dodge Correctional Institution
P.O. Box 661
Waupun, Wisconsin 53963-0661

EXHIBIT A